BOHANNON et al. v. D. L. S. SHANNON.

Answer Good as a Counterclaim.

An answer though not good as a bar to an action may be sufficient as a counterclaim.

APPEAL FROM SHELBY CIRCUIT COURT.

February 20, 1866.

It seems to this court the original answer, though not good as a bar to the action, is sufficient as a counterclaim, and that the demurrer to it should not have been sustained. Wherefore, the judgment is reversed, and the cause remanded, with directions to overrule the demurrer, allow the plaintiffs to reply if they will, and for further proceedings.